No. 82–6003.   McCREE v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 82–6005.   GAYLE, AKA WAITERS v. NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 82–6023.   BURTON v. MICHIGAN.   Sup. Ct. Mich.   Certiorari denied.

No. 82–6034.   BROWN v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 82–6103.   GRESHAM v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 82–6116.   FALTICO v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 82–6146.   RIVERS, BY HIS MOTHER AND NATURAL GUARDIAN, RIVERS, ET AL. v. BLUM, COMMISSIONER, NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 82–6156.   STAMPS v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 82–6184.   MOORE v. UNITED STATES (four cases). C. A. 3d Cir.   Certiorari denied.

No. 82–6189.   SMART v. SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.

No. 82–6199.   WISE v. ENGLE ET AL.   C. A. 6th Cir. Certiorari denied.